STATE of Missouri, Respondent,

v.

Charles D. ROWELL, Appellant.

No. WD 47393.

Missouri Court of Appeals,
Western District.

April 5, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 1994.

Edward A. Coulson, Robert G. Duncan, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and BRECKENRIDGE and SMART, JJ.

### *ORDER*

PER CURIAM.

Appeal from the conviction of the class C felony of involuntary manslaughter, § 565.024.1(2), RSMo 1986, the class C felony of assault in the second degree, § 565.060.1(4), RSMo 1986, and the class D felony of leaving the scene of an accident, § 577.060, RSMo 1986.

Judgment affirmed pursuant to Rule 30.25(b).